IN THE SUPREME COURT OF TEXAS

 No. 07-0991

 IN RE RUDOLFO MAGALLON AND THE SPURLOCK LAW FIRM

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion for stay, filed November 26, 2007,
is granted in part. The "Order on Motion for Contempt" dated July 12,
2007, in Cause No. 100643, styled Sandra Sears vs. Rudolfo Magallon, in the
County Court at Law No 1 of Jefferson County, Texas, is stayed pending
further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this December 07, 2007.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Jessica Hamby, Deputy Clerk